# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### CIVIL CASE NO. 1:18-cv-00002-MR-DLH

| | | |
|---|---|---|
| **SARA B. CONNER, individually and on behalf of all others similarly situated,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **vs.** | ) ) | **O R D E R** |
| **CLEVELAND COUNTY EMERGENCY MEDICAL SERVICES,** | ) ) ) | |
| **Defendant.** | ) ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Amend Scheduling Order [Doc. 33].

The parties jointly move for an extension of all scheduling deadlines by a period of sixty (60) days so that the parties "may engage in informal discussions for the purpose of seeking possible agreement regarding the material facts and possible resolution of the case…." [Doc. 33 at 2]. The Court finds that the parties have not shown good cause for the requested 60-day extension. The Court, however, will allow a brief extension of the parties' deadlines.

Accordingly, **IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Amend Scheduling Order [Doc. 33] is **GRANTED IN PART** to the extent that the parties' deadlines are hereby **AMENDED** as follows:

| | |
|---|---|
| Certification Discovery Deadline | **November 12, 2018** |
| Plaintiff's Rule 23 and/or Section 216(b) Motions | **December 12, 2018** |
| Defendant's Response | **January 14, 2019** |
| Plaintiff's Reply | **January 21, 2019** |

**IT IS SO ORDERED.**

Signed: October 10, 2018

Martin Reidinger
United States District Judge