# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| SARAH B. CONNER, individually and on behalf of all others similarly situated, | ) ) ) ) | JUDGMENT IN CASE |
| Plaintiffs, | ) ) | 1:18-cv-00002-MR-WCM |
| vs. | ) ) | |
| CLEVELAND COUNTY, NORTH CAROLINA, also known as Cleveland County Emergency Medical Services, | ) ) ) ) ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 21, 2019 Memorandum of Decision and Order.

August 21, 2019

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court