FILED: February 23, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2012
(1:18-cv-00002-MR-WCM)

_____

SARA B. CONNER, individually and on behalf of all others similarly situated

    Plaintiff - Appellant

v.

CLEVELAND COUNTY, NORTH CAROLINA a/k/a Cleveland County Emergency Medical Services

    Defendant - Appellee

_____

M A N D A T E

_____

The judgment of this court, entered January 5, 2022, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*