# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:18-cv-00002-MR-DLH

| | |
|---|---|
| SARA B. CONNER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>CLEVELAND COUNTY EMERGENCY MEDICAL SERVICES,<br><br>    Defendant. | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Second Amended Joint Rule 26(f) Report [Doc. 69].

Based upon the parties' filing, the Court hereby enters the following Order.

**IT IS, THEREFORE, ORDERED** that:

(1)  The Plaintiff shall file any motions to certify a class under Fed. R. Civ. P. 23 or to conditionally certify a collective action under the FLSA or a motion to revive the Fed. R. Civ. P 23 and FLSA collective action motion [Doc. 35] previously deemed moot by the Court no later than **April 18, 2022**.

(2) The Defendant shall file any response to the Plaintiff's motions under Rule 23 and/or Section 216(b) no later than **May 18, 2022** or thirty (30) days following service of Plaintiff's motion[s], whichever is earlier.

(3) The Plaintiff shall file a reply to any response to the Plaintiff's motions under Rule 23 and/or Section 216(b), if allowed, no later than **May 31, 2022** or fourteen (14) days following service of Defendant's response brief, whichever is earlier.

**IT IS SO ORDERED.**

Martin Reidinger
Chief United States District Judge